**GEAR GRINDING MACHINE COMPANY v. DETROIT GEAR & MACHINE COMPANY.**

No. 6321.

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1932.

See, also, 54 F.(2d) 675.

Whittemore, Hulbert, Whittemore & Belknap, of Detroit, Mich., and D. Anthony Usina, of New York City, for appellant.

Stevenson, Butzel, Eaman & Long, of Detroit, Mich., and Carlton Hill and George I. Haight, both of Chicago, Ill., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**GENERAL PETROLEUM CORPORATION OF CALIFORNIA, a Corporation, Appellant, v. James RINELLA, Appellee.**

No. 6978.

Circuit Court of Appeals, Ninth Circuit.

March 6, 1933.

A. L. Weil, of San Francisco, Cal., for appellant.

Reynolds, Flegel & Smith, Arthur S. Vosburg, and F. P. Keenan, all of Portland, Or., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee to dismiss appeal, ordered appeal dismissed for failure of appellant to file printed brief before argument; mandate forthwith.

**Osie E. GLENN v. UNITED STATES of America.**

No. 814.

Circuit Court of Appeals, Tenth Circuit.

Feb. 27, 1933.

C. T. Lane, of Norman, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.